# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **EVAN M. AMADON,** | ) |
| **Plaintiff** | ) ) ) |
| v. | )     **Civil No. 2:09-cv-301-DBH** |
| **MICHAEL J. ASTRUE,** <br> **Commissioner of Social Security,** | ) ) ) ) |
| **Defendant** | ) |

## ORDER ON MOTION FOR ATTORNEY FEES

The plaintiff's counsel's motion for fees pursuant to 42 U.S.C. § 406(b) in the amount of $6,817.30 is **Granted**. The motion is unopposed. I have reviewed the fee agreement, the success that plaintiff's counsel obtained for the plaintiff, and the hours accrued. I find no reason to reject the contingent fee provided, see Siraco v. Astrue, 2011 WL 2899110 (D. Me. July 20, 2011), and the amount awarded here will result in an award below the 25% provided in the fee agreement and permitted by statute. The plaintiff's counsel shall release to his client the amount that he was awarded under the Equal Access to Justice Act. Gisbrecht v. Barnhart, 535 U.S. 789 (2002).

    **So Ordered.**

    **Dated this 26th day of July, 2011**

/s/ D. Brock Hornby <br>
**D. Brock Hornby** <br>
**United States District Judge**
